**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv372**

| | |
|---|---|
| **WILLIAM NORKUNAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **V&S HOSPITALITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on December 18, 2009, when the Defendants filed their Answer to the Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than

**February 12, 2010**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **February 26, 2010**.

**IT IS SO ORDERED**.

Signed: February 12, 2010

Martin Reidinger
United States District Judge